UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-22300-RNS

JOSE EDUARDO ASCENCIO, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                       Plaintiff, )
    vs. )

GREENWAY, U.S.A., INC.; NELSON )
OTANO )

                                    Defendants. )

## STATEMENT OF CLAIM

**A.    Overtime Claim: First Theory of being paid a day rate of $130.00.**

1.   Period of Claim:                             December 31, 2007 through June 23, 2015

2.   Number of weeks:                        438

3.   Regular hourly rate:                     $10.83 per hour

4.   Total hours worked per week on average:   60 hours per week

5.   Approximate hours worked over 40 per week: 20

6.   Halftime overtime rate for hours over 40:   $5.41

6.   Calculation of overtime wages owed:   $5.41/hr x 20hrs/wk x 438weeks=$ $47,435.40

7.   *__Double Damages:__*                        *$47,435.40 x 2 = 94,870.08*

B. **Overtime Claim: Alternative Second theory of being paid for only "some overtime".  The Time and ½ theory.**

1. Period of Claim: December 31, 2007 through June 23, 2015

2. Number of weeks: 438

3. Regular hourly rate: $12.10/hr

4. Total hours worked per week on average: 60 hours per week

5. Approximate hours worked over 40 per week and not paid for such work: 8

7. Applicable time and one-half (1.5) theory time rate (hour rate x 1.5) $18.5

8. Calculation of overtime wages owed: 18.5 $/hr x 8hrs/wk x 438 weeks=$64,824.00

10. **Double Damages:** **$64,824.00 x 2 = $129, 648.00**


Dated: July 13, 2015

Respectfully Submitted,

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

By:__/s/ Steven C. Fraser _____
     Steven C. Fraser, Esq.
     Florida Bar Number: 625825

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Appearance was sent via CM/ECF to on this 13th day of July 2015.   As of July 13, 2015 no attorney has made an appearance for Defendants.

By:__/s/Steven C. Fraser_____
Steven C. Fraser, Esq.
Florida Bar Number: 625825