UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-22516-CIV-SCOLA/OTAZO-REYES

JOSE EDUARDO ASCENCIO, *and all others*  )
*Similarly situated under 29 U.S.C. s 216(b)*  )
        Plaintiff  )
vs.  )
  )
GREENWAY, U.S.A. INC.,  )
  and NELSON OTANO, individually  )
  )
        Defendants.

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

Defendants', GREENWAY, U.S.A. INC and NELSON OTANO, by and through the undersigned counsel, hereby file their Answer and Statement of Affirmative Defenses to the Complaint, as follows:

1. Paragraph 1 states a legal conclusion to which no response is necessary, but to the extent a response is required Defendants deny violating the Fair Labor Standards Act.

2. Defendants are without knowledge as to Paragraph 2.

3. Defendant, GREENWAY, U.S.A. INC. admits it is a corporation during business in Miami-Dade County and denies the remainder of Paragraph 3.

4. Defendant, NELSON OTANO admits he is the owner of the corporate defendant but denies the remainder of Paragraph 4.

5. Defendants deny Paragraph 5.

6. Paragraph 6 states a legal conclusion to which no response is necessary, but to the extent a response is required Defendants deny Paragraph 6.

7. Defendants admit Paragraph 7.

8. Defendants admit Paragraph 8.

9. Defendants deny Paragraph 9.

10. Defendants deny Paragraph 10.

11. Defendants deny Paragraph 11.

12. Defendants deny Paragraph 12.

13. Defendants deny Paragraph 13.

14. Defendants deny Paragraph 14.

15. Defendants deny Paragraph 15.

16. Defendants deny Paragraph 16.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendants expressly reserve all defenses in law or equity, and also expressly reserve the right to assert any additional defenses based on any evidence discovered in the course of this litigation.

**WHEREFORE,** Defendants request judgment in their favor as follows:

A. That Plaintiff's Complaint be dismissed in its entirety with prejudice, with Plaintiff to take nothing thereby;

B. That Defendants be awarded their costs incurred herein;

C. That Defendants be awarded their reasonable attorney's fees incurred herein to the full extent permitted by law; and That Defendants be awarded any additional relief the Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via

U.S. mail and email to JH Zidell, Eq. Attorney for Plaintiff, at **300 71 Street, Suite 605**, Miami Beach, Florida, 33141, and at zabogado@aol.com on August 3, 2015.

          Respectfully submitted,

          ANTELO LAW, P.A.
          2103 Coral WAy, Suite 805
          Miami, Florida 33145
          Telephone: 305-207-0404
          Facsimile: 305-642-0097

          ___s/Orlando Antelo, Jr.___
          Orlando Antelo, Jr., Esq.
          FBN: 270600
          Attorney for Defendants