UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-22516-CIV-SCOLA/OTAZO-REYES

JOSE EDUARDO ASCENCIO, *and all others* )
*Similarly situated under 29 U.S.C. s 216(b)* )
        Plaintiff )
  vs. )
 )
GREENWAY, U.S.A. INC., )
and NELSON OTANO, individually )
 )
        Defendants. )

## **DEFENDANTS' GREENWAY, U.S.A. INC., and NELSON OTANO, RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

**COME NOW** Defendants, GREENWAY, U.S.A. INC., and NELSON OTANO, by and through the undersigned counsel, in accordance with the Court's Notice in FLSA cases, and file their Response to Plaintiff's Statement of Claim as follows:

1. The above-styled action is being brought under the Fair Labor Standards Act, (FLSA), 29 U.S.C. ss 201-210.

2. Defendants deny that this Court has jurisdiction under FLSA because in pertinent part, the Plaintiff while employed by defendants and during the applicable time period, did not handle, sell, or otherwise work on goods or materials that had been moved in or produced for commerce.

3. Defendants deny that Plaintiff was not compensated overtime under Federal Law.

4. Defendants further dispute and deny that the Plaintiff worked **60 hours per week** as calculated in Plaintiff's Statement of Claim.

5. Plaintiff's claim is barred, at least in part, by the applicable statutes of limitations, specifically including the FLSA's two year statue of limitation. The Complaint was filed

FLSA ANSWER TO STATEMENT OF CLAIM/
DEF - 1

ANTELO LAW, P.A.
2103 Coral Way, Suite 805
Miami, Florida 33145

on July 10, 2015 therefore, the claim should only go back to July 10, 2013, but instead Plaintiff goes back to 2007 in his calculation of alleged unpaid wages.

6. Consequently, the Defendants vigorously deny that the Plaintiff is owed any overtime wages as sought by Plaintiff.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via U.S. mail and email to JH Zidell, Eq. Attorney for Plaintiff, at **300 71 Street, Suite 605**, Miami Beach, Florida, 33141, and at zabogado@aol.com on August 11, 2015.

Respectfully submitted,

ANTELO LAW, P.A.
2103 Coral WAy, Suite 805
Miami, Florida 33145
Telephone: 305-207-0404
Facsimile: 305-642-0097

___s/Orlando Antelo, Jr.___
Orlando Antelo, Jr., Esq.
FBN: 270600
Attorney for Defendants