UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-22516-RNS

JOSE EDUARDO ASCENCIO, and all others )
similarly situated under 29 U.S.C. 216(b), )
              )
     Plaintiff, )
vs. )
              )
GREENWAY, U.S.A., INC.; NELSON )
OTANO )
              )
     Defendants. )
_____ )

## JOINT INTERIM STATUS REPORT

  Come Now the Parties, by and through undersigned counsel, and hereby file the Parties Joint Interim Status Report and state as follows:

1) Have all defendants been served and answered the complaint? If not, state the reason(s) for the failure to do so.

   **Response:**  **All Defendants have been served.**

2) Have all defendants responded to the complaint?

   **Response:**  **All Defendants have answered the complaint..**

3) If this is a class action, has a motion for class certification been filed? If so, what is its status?

   **Response:**  **This is not a class action and no motion for class certification has been filed.**

4) Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?

> **Response:** **The matter is to be mediated by Neil Flaxman on December 3, 2015. The parties agreed to a place, date and time for mediation.**

5) Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so.

> **Response:** **The parties discussed settlement, however, the parties are unable to resolve this matter.**

6) Describe the status of discovery conducted to date, and identify whether the parties reasonable believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.

> **Response:** **Defendants are scheduled to have their depositions taken on February 20. 2015. Defendants are currently responding to the written discovery demands propounded by Plaintiff.**

7) Please identify other issues that the Court may be aware of that may affect the resolution of this matter or the schedule as currently set.

> **Response:** **There are no other issues or matters which would affect the schedule as currently set.**

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Scheduling Report.

Respectfully Submitted,

Dated: 11/16/2015                            Dated:11/16/2015

| | |
|---|---|
| J.H. Zidell, P.A. | Antelo Law, P.A. |
| Attorney for Plaintiff | Attorney for Defendant |
| 300 71st Street, Suite 605 | 2103 Coral Way, Suite 805 |
| Miami Beach, Florida 33141 | Miami, Florida 33145 |
| Tel: (305) 865-6766 | Tel: (305) 207-0404 |
| Fax: (305) 865-7167 | Fax: (305) 642-0097 |

By: /s/ *Steven C. Fraser*\_\_\_     By: /s/*Orlando Antelo, Jr.*
    Steven C. Fraser                                Orlando Angelo, Jr.
    Florida Bar Number 625825       Florida Bar Number: 270600