UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22516-CIV-OTAZO-REYES

**CONSENT CASE**

JOSE EDUARDO ASCENCIO,

    Plaintiff,

v.

GREENWAY, U.S.A., INC., and
NELSON OTANO,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Jose Eduardo Ascencio's ("Plaintiff") Motion to Compel [D.E. 26]. The undersigned held a hearing on this matter on January 7, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendants Greenway, U.S.A., Inc. and Nelson Otano ("Defendants") shall file written responses to Plaintiff's First Request for Production by **January 14, 2016**. It is further

ORDERED AND ADJUDGED that the Motion to Compel is otherwise DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of January, 2016.

                                                        ALICIA M. OTAZO-REYES
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record