UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-22516-CIV-SCOLA/OTAZO-REYES

JOSE EDUARDO ASCENCIO, *and all others* )
*Similarly situated under 29 U.S.C. s 216(b)* )
       Plaintiff )
vs. )
)
GREENWAY, U.S.A. INC., )
and NELSON OTANO, individually )
)
       Defendants. )

## NOTICE OF FILING DEFENDANT'S ANSWER TO PLANTIFF'S FIRST REQUEST FOR PRODUCTION

The undersigned hereby files the Defendants Answer to Plaintiff's First Request for Production.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via U.S. mail and email to JH Zidell, Eq. Attorney for Plaintiff, at **300 71 Street, Suite 605**, Miami Beach, Florida, 33141, and at zabogado@aol.com on January 14, 2016.

Respectfully submitted,

ANTELO LAW, P.A.
2103 Coral Way, Suite 805
Miami, Florida 33145
Telephone: 305-207-0404
Facsimile: 305-642-0097

    s/Orlando Antelo, Jr.
Orlando Antelo, Jr., Esq.
FBN: 270600
Attorney for Defendants

**ANTELO LAW, P.A,**   1
2103 Coral Way, Suite 805
Miami, Fl. 33145

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-22516-CIV-SCOLA/OTAZO-REYES

JOSE EDUARDO ASCENCIO, *and all others* )
*Similarly situated under 29 U.S.C. s 216(b)* )
        Plaintiff )
vs. )
)
)
GREENWAY, U.S.A. INC., )
and NELSON OTANO, individually )
)
)
        Defendants. )
)

## DEFENDANTS ANSWERS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

COMES NOW, Defendants, by and through the undersigned counsel and serve the Plaintiff with their answer to its First Request for Production as follows:

1. Please produce those complete copies of each Corporate Defendant's income tax returns showing the gross income or business done for the corporate defendant for the years, 2011, 2012, 2013 and 2014. Including all attachments to said income tax returns that were filed with the IRS.

    ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Courts Jurisdiction.

2. Please produce all documents used or relied upon by the Corporate Defendants in the filing of the Corporate Defendant's income tax returns for the years 2011, 2012, 2013 and
2014.

    ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Courts Jurisdiction.

3. Please produce all documents provided by the Corporate Defendant to its accountant for the preparation of the Corporate Defendant's income tax returns for the years 2011, 2012, 2013 and 2014.

    ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Courts Jurisdiction.

4. Please produce all balance sheets for the Corporate Defendant for the years 2012, 2013 2014, and for 2015, the months of January, February and March *viz.* first quarter of 2015.

    ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the

5. Please produce all profit and loss statements for the Corporate Defendant for the years 2012, 2013 2014, and for 2015, the months of January, February and March *viz.* first quarter of 2015.

    ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Courts Jurisdiction.

6. Please produce all bank statements for the Corporate Defendant for the years 2012, 2013 2014, and for 2015, the months of January, February and March *viz.* first quarter of 2015.

    ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Courts Jurisdiction.

7. Please produce all written agreements between Plaintiff and Defendants that would relate in any manner to the way Plaintiff would be compensated by Defendants.

    ANSWER: NONE

8. Please produce all credit card statements for the Corporate Defendant for the years 2012, 2013 2014, and for 2015, the months of January, February and March *viz.* first quarter of 2015.

    ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Courts Jurisdiction.

9. Please produce Copies of all checks or other methods of payment made to all employees, workers, independent contractors, subcontractors, contractors that performed work at the Defendant Corporation.

    ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Courts Jurisdiction.

10. All receipts for all payments made to Plaintiff by Defendants during Plaintiff s employment with Defendants. Include all pay stubs from all paychecks.

    ANSWER: All documents in Defendants possession are attached or were previously provided.

11. Please produce all contracts/documents of employment relating to Plaintiff s employment with Defendants.

    ANSWER: None.

12. Please produce any and all documents on which Defendants intend to rely at trial to support its affirmative defenses set forth in its Answer to the Complaint.

    ANSWER: Documents have been provided in response to various requests for production within this document.

13. Please produce any and all time cards, time and attendance sheets and other documents

which indicate or reflect the hours worked by Plaintiff during the course of his employment with the Defendants.

ANSWER: All documents in Defendants possession are attached or were previously provided.

14. Please produce any and all job descriptions, specifications or other documents which describe or otherwise relate to the functions performed by Plaintiff during the course of his employment by the Defendants.

ANSWER: None.

15. Please produce that complete personnel file of Plaintiff and any and all other documents related to his employment by the Defendants.

ANSWER: All documents in Defendants possession are attached or were previously provided.

16. Please produce all time sheets for all weeks worked by Plaintiff for Defendants beginning with Plaintiff s commencement of employment with Defendants and ending at the time of Plaintiff's employment. Include all documents pertaining to hours worked by Plaintiff for Defendants.

ANSWER: All documents in Defendants possession are attached or were previously provided.

17. Please produce all documents, records, electronic data that pertain and relate to Plaintiff's employment hiring and or employment dismissal with Defendants.

ANSWER: None.

18. Please produce all employee income-reporting documents submitted by the Defendants to the Internal Revenue Service regarding Plaintiff for the period that Plaintiff worked for the Defendants as stated in the complaint.

ANSWER: All documents in Defendants possession are attached or were previously provided.

19. Produce any and all documents identified in Defendant's responses to Plaintiff s First Set of Interrogatories filed simultaneously herewith.

ANSWER: Documents have been provided in response to various requests for production within this document.

20. Please produce any and all wage claims and/or wage-hour complaints filed by any of Defendant's former or current employees for alleged violations of the federal and/or state wage-hour statutes, whether for this corporate defendant or other corporations owned by the individual defendant.

ANSWER: All documents in Defendants possession are attached or were previously provided.

21. Please produce any and all settlement agreements, investigative reports, court orders, correspondence or other documents related to the disposition of any and all wage claims and/or wage-hour complaints filed against the Defendants by any of its current or former employees.

ANSWER: This request is overly broad and burdensome.

22. Please produce any and all documents, which depict, embody or otherwise reflect the Corporate Defendant's policies, practices, and procedures related to its payment of overtime compensation during the relevant time period.

    ANSWER: This request is overly broad and burdensome.

23. Please produce any and all documents, which depict, embody or otherwise reflect the Corporate Defendant's policies, practices and procedures related to its grant of vacation time and/or the payment of accrued but unused vacation pay to employees during the relevant time period.

    ANSWER: None.

24. Please produce all paychecks, W-2 statements, 1099 statements and other payroll documents, which reflect the wages, paid to Plaintiff by the Defendants during each Plaintiff's employment with Defendants.

    ANSWER: All documents in Defendants possession are attached or were previously provided.

25. Please produce any and all documents submitted by the Defendants to the United States Department of Labor or the or the Florida Department of Labor (Fair Labor Standards Division) regarding either agency's investigation and/or audit of the Defendant's wage-hour practices during the relevant time period.

    ANSWER: None.

26. Please produce any and all documents received from the FLORIDA Department of Labor, Fair Labor Standards Division, regarding that agency's investigation and/or audit of the Defendant's wage-hour practices during the relevant time period.

    ANSWER: None.

27. Please produce any and all documents received from the United States Department of Labor, Wage-Hour Division, regarding that agency's investigation and/or audit of the Defendant's wage-hour practices during the relevant time period.

    ANSWER: None.

28. Please produce any and all employee handbooks, personnel policies or other documents, which, embody or otherwise reflect the Defendant's employment policies, practices and procedures in effect at any time since January 1, 2007 including any amendments or modifications thereto.

    ANSWER: None

relevant time period, filed a complaint with any court of competent jurisdiction alleging wage-hour violations on the part of the Defendant.

ANSWER: Defendants are not in the possession of said documents.

30. Please produce any and all written statements of actual or potential witnesses taken by or on behalf of the Defendants in this action.

ANSWER: All documents in Defendants possession are attached or were previously provided.

31. Please produce any indemnification agreements that exist between Defendants and any other corporation or individual as it relates to the payment of employee wages.

ANSWER: None.

32. Please produce all agreements in Defendant's possession and/or custody and/or control that were signed by Plaintiff as it relates to employment in any capacity with Defendants.

ANSWER: All documents in Defendants possession are attached or were previously provided.

33. Please produce all documents identified in your answers to Interrogatories propounded on September 17, 2015.

ANSWER: Documents have been provided in response to various requests for production within this document.

34. Please produce all written reports of each person whom you expect to call as an expert witness at trial.

ANSWER: None as of the date of this response to request for production.

35. Please produce all documents upon which any expert witness you intend to call at trial relied to form an opinion.

ANSWER: Documents have been provided in response to various requests for production within this document.

36. Please produce all documents disclosed in Defendants initial disclosures and all supplements thereto.

ANSWER: Documents have been provided in response to various requests for production within this document.

37. Please produce the most recent resume or curriculum vitae of each expert whom you expect to call as an expert witness at trial.

ANSWER: None as of the date of this response to request for production.

38. Please produce all written, recorded, or signed statements of any party, including the Plaintiff, Defendants, witnesses, investigators, or agent, representative or

   ANSWER: All documents in Defendants possession are attached or were previously provided.

39. Produce any documents received pursuant to a subpoena request regarding this case.

   ANSWER: None as of the date of this response to request for production.

40. Please produce all emails, letters, memorandums or any form of written correspondence written by Plaintiff during the course of Plaintiff's employment that Defendants believe would support any of Defendants affirmative Defenses.

   ANSWER: None as of the date of this response to request for production.

41. Please produce all impeachment documents you intend to question Plaintiff on.

   ANSWER: None as of the date of this response to request for production.

42. Please produce all information and documents relied upon by Defendants in calculating Plaintiff's wages.

   ANSWER: All documents in Defendants possession are attached or were previously provided.

43. Please produce any and all bank statements for the corporate Defendants reflecting deposits from and charges by Visa and MasterCard, or any other credit card company for 2012, 2013, 2014, and for 2015, the months of January, February and March.

   ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

44. Please produce any and all telephone bills or long distance telephone bills for the corporate Defendant, reflecting long distance calls for 2012, 2013, 2014, and for 2015, the months of January, February and March.

   ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

45. Please produce any and all contracts, invoices, statements, or documents of any kind reflecting the purchase or acquisition of any and all goods, materials, supplies, merchandise, equipment used and/or sold by Defendants.

   ANSWER: All documents in Defendants possession are attached or were previously provided.

46. Please produce any and all documents which reflect purchases of goods and/or materials.
   ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

47. Please produce any and all canceled checks, credit card statements, or documents of any kind evidencing payment for the purchase or acquisition of any of the items used in your business.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

48. Produce any and all invoices, statements, or billings of any kind, received from the vendors for the purchase or acquisition of goods or materials used by Plaintiff, including documents which evidence the particular goods or materials which were acquired by Defendants.

ANSWER: All documents in Defendants possession are attached or were previously provided. This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

49. Please produce all supply orders from vendors.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

50. Please produce all contracts for services from your clients and customers.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

51. Please produce any and all bank statements for the corporate Defendants, evidencing deposits for 2012, 2013, 2014, and for 2015, the months of January, February and March.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

52. Please produce any and all deposit slips/books reflecting all deposits made by the corporate Defendants, 2012, 2013, 2014, and for 2015, the months of January, February and March.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

53. Please produce all employee income-reporting documents submitted by Defendants to the Florida Department of Revenue, including, but not limited to, UCT-6 returns, during the years of 2012, 2013, 2014, and for 2015, the months of January, February and March.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

54. Please produce all employee income-reporting documents submitted by Defendants to the Florida Department of Revenue as it relates to each Plaintiff s work for Defendants, including, but not limited to, UCT-6 returns, during the years of 2012, 2013, 2014, and for 2015, the months of January, February and March.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

55. Please produce any and all contract/agreements with Visa, MasterCard, or any other

credit card company for the years 2012, 2013, 2014, and for 2015, the months of January, February and March.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

56. Please produce any and all correspondence, electronic transm1ss10ns, statements, or documents of any kind, reflecting charges to Defendants, from Visa, MasterCard, or any other credit card used for the years 2012, 2013 2014, and for 2015, the months of January, February and March.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

57. Please produce any and all documents, canceled checks, or electronic transm1ss10ns evidencing payments to Visa, MasterCard or any other credit card company for the years 2012, 2013 2014, and for 2015, the months of January, February and March.

ANSWER: This request is overly broad and burdensome. Defendants have stipulated to the Court's Jurisdiction.

58. Please produce those documents to support your First Affirmative Defense.

ANSWER: The Documents have been provided in response to various requests for production within this document.

59. Please produce those documents your reserving on or have decided not to produce.

ANSWER: This request is overly broad and burdensome.

60. Produce all documents related to this lawsuit and the claims, during the relevant period of time.

ANSWER: This request is overly broad and burdensome.

61. Please produce those invoices sent to your commercial accounts during the relevant period of time.

ANSWER: This request is overly broad and burdensome.

62. Please produce a list of your companies you buy material and supplies from.

ANSWER: All documents in Defendants possession are attached or were previously provided.

63. Please produce all those documents related to Kubota Credit Corporation, U.S.A.

   ANSWER: Defendants are not in the possession of said documents.

64. Please produce all those documents related to Kubota R520S 1T3 Wheel Loader with Canopy.

   ANSWER: Defendants are not in the possession of said documents.

65. Please produce all those documents related to Isuzu Finance of America, Inc.

   ANSWER: Defendants are not in the possession of said documents.

66. Please produce all those documents related to the NPR-HD Crew Cab with 14' Aluminum Dump Body Vin#JALC4J165E7003628.

   ANSWER: Defendants are not in the possession of said documents.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via U.S. mail to, J.H. Zidell., Esq, Attorney for Plaintiff, at 300 71 St, Suite 605, Miami Beach, Florida 33141, on January 14, 2016.

Respectfully submitted,

ANTELO LAW, P.A.
2103 Coral Way, Suite 805
Miami, Florida 33145
Telephone: 305-207-0404
Facsimile: 305-642-0097

s/Orlando Antelo, Jr.
Orlando Antelo, Jr., Esq.
FBN: 270600
Attorney for Defendants