UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22516-CIV-OTAZO-REYES

**CONSENT CASE**

JOSE EDUARDO ASCENCIO,

    Plaintiff,

v.

GREENWAY, U.S.A., INC., and
NELSON OTANO,

    Defendants.
_____/

**SCHEDULING ORDER**

THIS CAUSE came before the Court for Status Conference on January 19, 2016. In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED that the following dates on the current Scheduling Order [D.E. 17] are modified:

| | |
|---|---|
| February 29, 2016 | Deadline to complete all fact discovery; Deadline to exchange expert witness summaries/reports. |
| March 8, 2016 | Deadline for the filing of all dispositive motions. |
| April 12, 2016 | Deadline to complete all expert discovery. |
| May 31, 2016 | Deadline for the filing of pretrial motions, including motions in limine and *Daubert* motions. |

| | |
|---|---|
| July 5, 2016 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| July 19, 2016 | Deadline to file proposed jury instructions pursuant to Local Rule 16.1(k). |

- A Pretrial Conference is hereby **SET** for **Thursday, July 14, 2016, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

- A Jury Trial is specially **SET** to commence on **Monday, August 1, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been reserved for the trial.

- If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within **ten days** of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of January 2016.

*(signature)*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record