**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 15-22516**

JOSE EDUARDO ASCENCIO, and all others )
similarly situated under 29 U.S.C. § 216(b),   )
                                               )
　　　　　　　Plaintiff,                        )
　　vs.                                        )
                                               )
GREENWAY USA, INC.,                            )
                                               )
　　　　　　　Defendants.                       )
_____ )

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff JOSE EDUARDO ASCENCIO ("Plaintiff") and Defendant GREENWAY USA, INC. ("Defendant"), through undersigned counsel, hereby request this Honorable Court to enter an Amended Scheduling Order in this matter, and, as grounds therefore, state as follows:

1. On January 19, 2016, this Court entered a Order scheduling the discovery deadline for February 29, 2016 and dispositive motions for March 8, 2016. [DE 37].

2. In light of the foregoing, the parties respectfully request entry of an Amended Scheduling Order, revising the pretrial deadlines.

3. Specifically, the parties request that the discovery deadline be extended until April 29, 2016 and that the deadline for filing dispositive motions be extended until May 15, 2016.

WHEREFORE, the parties respectfully request the Court to enter an Amended Scheduling Order revising the pretrial deadlines as set forth herein, and for such further relief as this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| **J.H. ZIDELL, P.A.** | **ORLANDO ANTELO, PA** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 300 71st Street, Suite 605 | 3001 S.W. 3rd Avenue |
| Miami, Florida 33141 | Miami, Florida 33129 |
| Tel.: (305) 865-6766 | Tel.: (305) 285-2000 |
| Fax: (305) 865-7167 | Fax: (305) 285-5555 |
| By: /s/Allyson Kutner Morgado | By: /s/Orlando Antelo, Jr. |
| **Allyson Kutner Morgado, Esq.** | **Orlando Antelo, Jr., Esq.** |
| Florida Bar No. 91506 | Florida Bar No. 270600 |
| Amorgado.jhzidell@gmail.com | antelofirm@gmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18th, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served this day on all counsel of record and pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized matter for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Allyson Kutner Morgado
Allyson Kutner Morgado

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 15-22516

JOSE EDUARDO ASCENCIO, and all others )
similarly situated under 29 U.S.C. § 216(b), )
                                        Plaintiff, )
  vs. )
GREENWAY USA, INC., )
                                    Defendants. )
_____ )

## PROPOSED REVISED JOINT SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.l of the Local Rules of the United States District Court of the Southern District of Florida, and upon consideration of the Joint Motion to Amend Scheduling Order filed by the Parties, and the Court being fully advised in the premises, it is thereupon, ORDERED AND ADJUDGED as follows:

    **a.**    **Discovery**:  The discovery cut-off date shall be April 29, 2016, unless modified by further order of the Court.

    **b.**    **Dispositive Motions**: Dispositive motions cut-off date shall be May 15, 2016, unless modified by further order of the Court.

**DONE AND ORDERED** in Chambers this _____ day of _____, 2016.

                                                                                     _____
                                                                                    ALICIA M. OTAZO-REYES
                                                                                  UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

All Parties