UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22516-CIV-OTAZO-REYES

**CONSENT CASE**

JOSE EDUARDO ASCENCIO,

    Plaintiff,

v.

GREENWAY, U.S.A., INC., and
NELSON OTANO,

    Defendants.
_____/

**SCHEDULING ORDER**

THIS CAUSE came before the Court for Status Conference on May 2, 2016. In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED that the following dates on the current Scheduling Order [D.E. 37] are modified:

- A Pretrial Conference is hereby **SET** for **Thursday, October 6, 2016, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

- A Jury Trial is specially **SET** to commence on **Monday, November 14, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been reserved for the trial.

- If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within **ten days** of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of May, 2016.

                                                      ALICIA M. OTAZO-REYES  
                                                      UNITED STATES MAGISTRATE JUDGE

cc:      Counsel of Record