**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 15-22516-CIV-OTAZO-REYES**

<u>**CONSENT CASE**</u>

JOSE EDUARDO ASCENCIO, and
all others similarly situated under 29 USC 216(b),

    Plaintiff,

v.

GREENWAY, U.S.A., INC., and
NELSON OTANO,

    Defendants.
_____/

<u>**ORDER ON PRETRIAL CONFERENCE**</u>

THIS CAUSE came before the Court for Pretrial Conference on October 13, 2016. In accordance with the undersigned's rulings at the Pretrial Conference, it is

ORDERED AND ADJUDGED as follows:

- A Jury Trial is specially set to commence on Monday, November 14, 2016, at 9:00 A.M.

- Should the case settle, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within **ten days** of notification of settlement to the Court.

- FAILURE TO NOTIFY THE COURT OF SETTLEMENT BY **4:00 P.M. ON THURSDAY, NOVEMBER 10, 2016** WILL RESULT IN THE PARTIES BEING CHARGED ONE DAY'S JUROR FEES FOR THE ENTIRE PANEL.[1]

---

[1] Friday, November 11, 2016 is Veterans Day.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of October, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record