SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22516-AOR

JOSE EDUARDO ASCENCIO, and )
others similarly situated under 29 U.S.C. 216(b),)
　　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
v. )
　　　　　　　　　　　　　　　　　　　　　)
GREENWAY, U.S.A. INC. ET AL, and )
NELSON OTANO, )
　　　　　　　　　　　　　　　　　　　　　)
　　　Defendants. )
_____)

**JOINT NOTICE OF SETTLEMENT**

　　　The undersigned hereby notices the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　J.H. Zidell, P.A.
　　　　　　　　　　　　　　　　　　　　300 71st Street, Suite 605
　　　　　　　　　　　　　　　　　　　　Miami Beach, Florida 33141
　　　　　　　　　　　　　　　　　　　　Tel: (305) 865-6766
　　　　　　　　　　　　　　　　　　　　 Fax: (305) 865-7167
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　By: /s/ Allyson Morgado
　　　　　　　　　　　　　　　　　　　　Allyson Morgado, Esq.
　　　　　　　　　　　　　　　　　　　　amorgado@jhzidell@gmail.com
　　　　　　　　　　　　　　　　　　　　Florida Bar Number: 91506

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 21, 2016 on the below service list.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Allyson Morgado
> Allyson Morgado, Esq.
> amorgado@jhzidell@gmail.com
> Florida Bar Number: 91506

## SERVICE LIST

**Orlando Antelo , Jr.**
ORLANDO ANTELO, PA
285 NW 27 AVE
Suite 15
Miami, FL 33125
305-207-0404
Fax: 305- 642-0097
Email: antelofirm@gmail.com