UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22516-CIV-OTAZO-REYES

**CONSENT CASE**

JOSE EDUARDO ASCENCIO, and
all others similarly situated under 29 USC 216(b),

    Plaintiff,

v.

GREENWAY, U.S.A., INC., and
NELSON OTANO,

    Defendants.
_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL**

THIS CAUSE came before the Court upon Joint Notice of Settlement [D.E. 56], which informed the Court that the parties have reached an agreement. In light of the foregoing, it is

ORDERED AND ADJUDGED that the parties shall file a stipulation of dismissal within **10 days** from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of October, 2016.

                                                  ALICIA M. OTAZO-REYES
                                                  UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record